# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CORNERS, individually,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION DBA PARK HYATT AVIARA, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00096-AJB-DDL<br><br>[Removed from San Diego Superior Court, Case No. 25CU062423C]<br><br>The Hon. Anthony J. Battaglia<br>Courtroom: 4A<br><br>The Hon. Davis D. Leshner<br>Courtroom: 2D<br><br>**ORDER GRANTING JOINT MOTION TO LIMIT PLAINTIFF CHRISTOPHER CORNERS'S EMOTIONAL DISTRESS DAMAGES**<br><br>**[Dkt. No. 12]** |

## ORDER

Plaintiff Christopher Corners and Defendant Hyatt Corporation d/b/a Park Hyatt Aviara's ("Hyatt") (together, the "Parties") joint motion is suitable for decision without a noticed hearing pursuant to Civil Local Rule 7.2.b. The Court, having considered the joint motion of the Parties, and good cause appearing therefore, orders as follows. **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's mental or physical condition is not in controversy pursuant to Rule 35(a)(1);

2. Pursuant to the Parties' agreement, Plaintiff's claim for emotional distress damages is "garden variety," ordinary, and commonplace and not continuing or ongoing;

3. Plaintiff will not testify or call any other witnesses to testify as to any alleged severe emotional distress or specific mental, physical, psychiatric, or psychological injury or disorder;

4. Any documentary evidence containing reference to severe emotional distress or specific mental, physical, psychiatric, or psychological injury must be redacted before presentation to the jury;

5. To the extent Plaintiff obtains medical care related to the events alleged in the operative complaint, he will not be permitted to seek to recover any damages related to future medical care;

6. Hyatt will not be permitted to seek a Rule 35(a)(1) mental examination.

**IT IS SO ORDERED**.

Dated: May 7, 2026

_David Leshner_
_____
Hon. David D. Leshner
United States Magistrate Judge

Case No. 3:26-cv-00096-AJB-DDL
ORDER LIMITING PLAINTIFF'S EMOTIONAL DISTRESS DAMAGES